


PLAINTIFF'S
EXHIBIT
1
tabbies
This is an overhead view from Google. Most of the equipment has
been moved in at this point. One can see how the western end of the
disputed property has been scraped down to dirt. Thanks equipment
and boats can be seen on the disputed tract easily.



PLAINTIFF'S EXHIBIT 2
tabbies
Disputed property outlined with black lines. This is overhead photo
The southwestern end looking northwest. of the disputed tract. This
picture is from Google Earth. One can see that most of the disputed
property has been cleared of brush and debris. The southern end has
been cleaned down to dirt



PLAINTIFF'S EXHIBIT 3
isputed property outlined with black lines. This is the northern end
of the disputed tract. Please note multiple boats, trailers, tanks, and
vehicles are found on the disputed property. Because the view is an
overhead view, it's difficult to tell that the northern end is primarily
an elevated hill. At the lower end of the picture, where it appears that
the dirt is colored a dark color is the beginning of the area of all
vegetative removal.



PLAINTIFF'S EXHIBIT 4
Disputed property outlined with black lines. This is overhead photo southwestern end of the disputed tract. This picture is from Google Earth. One can see that most of the disputed property has been cleared of brush and debris. The southern end has been cleaned down to dirt



PLAINTIFF'S EXHIBIT 5
Disputed property outlined with black lines. This is the southwestern end of the disputed tract. This picture is about the condition of the property when we purchased it. Basically prior to any clean up.
Adams Bayou
Adams Bayou
Legend
Orange Boating Club
2009
300 ft
N



Jan 1 2009
Write a description for your map.
Legend
PLAINTIFF'S EXHIBIT
tabbies
Adams Bayou
This is an overhead view just prior to purchase of the property. the purpose of the pictures to illustrate the density and jungle like condition of the property. While the focus is blurry, the huge amount of vegetation is easy to see
Google Earth
N



Disputed property outlined with black lines. This is the southwestern end of the disputed tract. Please note that the trees, brush, etc. are generally removed over the entire tract. This is the second year after purchase of the property and not all equipment had been moved onto site at this stage.



2010
Legend
Orange Boating Club
PLAINTIFF'S EXHIBIT 8
tabbies
Adams Bayou
Adams Bayou
Google Earth
N
300 ft

This is an overhead view from Google Earth bout a year after purchase. The black line delineates the approximate boundary of the disputed purchase. As one can see, the boats have not been moved in. The property had basically removed all trees and brush but not all of the southwestern portion had been straight down to dirt.



This picture is looking across the Bayou at the northwestern edge of the disputed track. The purpose of the picture is for the viewer to see the jungle like condition of the island just before purchase.



This a view from the Western side of the property. One can see how the Western peninsular part has been cleared of trees and remains clear in 2013.



This is an overhead view just prior to purchase of the property the purpose of the pictures to illustrate the density and jungle like condition of the property. While the focus is blurry, the huge amount of vegetation is easy to see