IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ADAMS BAYOU MARINE MANAGEMENT COMPANY, LLC,<br>    *Plaintiff,* | § § § § | |
| VS. | § § | |
| DOUBLE CHINE, LLC,<br>    *Defendant/Third-Party Plaintiff,* | § § § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00084<br>JUDGE MICHAEL J. TRUNCALE |
| MARY E. SNEED FAMILY TRUST; WAYNE PEVETO, INDIVIDUALLY AND AS TRUSTEE OF THE MARY E. SNEED FAMILY TRUST; THE ESTATE OF MARY E. SNEED, DECEASED; MARTIN M. SNEED FAMILY TRUST; NON-EXEMPT DESCENDANTS TRUST; EXEMPT DESCENDANTS TRUST; AND CLYDE SNEED, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARY E. SNEED, DECEASED, AS TRUSTEE OF THE MARTIN M. SNEED FAMILY TRUST; THE NON-EXEMPT DESCENDANTS; AND EXEMPT DESCENDANTS TRUST,<br>    *Third-Party Defendants.* | § § § § § § § § § § § § § § § § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE TO DEFENDANT DOUBLE CHINE LLC'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff Adams Bayou Management Company, LLC's Motion for Leave to File Late Response to Defendant Double Chine, LLC's Partial Motion for Summary Judgment. [Dkt. 81]. Plaintiff files the present motion requesting permission to late file its Response to Defendant Double Chine, LLC's Partial Motion for Summary Judgment. After considering Plaintiff's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiff Adams Bayou Management Company, LLC's Motion for Leave to File Late Response to Defendant Double Chine, LLC's Partial Motion for Summary Judgment [Dkt.

81] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to accept Plaintiff's Response to Defendant's Motion for Partial Summary Judgment [Dkt. 83] and make same a part of the record of this matter.

**SIGNED this 21st day of April, 2025.**

Michael J. Truncale
United States District Judge