IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ADAMS BAYOU MARINE MANAGEMENT COMPANY, LLC | § § § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 1:23-cv-00084-MJT |
| DOUBLE CHINE, LLC | § § § | |
| *Defendant/Third-Party Plaintiff,* | § § § § § | |
| v. | § § | |
| MARY E. SNEED FAMILY TRUST, et al., | § § § | |
| *Third-Party Defendants.* | § § | |

AGREED JOINT MOTION FOR CONTINUANCE OF TRIAL DATE AND TO AMEND SCHEDULING ORDER

Plaintiff Adams Bayou Marine Management Company, LLC ("Adams Bayou"), Defendant Double Chine, LLC ("Double Chine"), and Third-Party Defendants submit this their Joint Agreed Motion for Continuance of Trial Date and to Amend Scheduling Order, respectively showing the Court as follows:

I.

The Court's Second Amended Scheduling Order (Doc. 70) currently has the case scheduled for a Bench Trial on July 7, 2025.

Recently, in April 2025, Warren B. Wise and Holly C. Hamm withdrew as counsel for Plaintiff Adams Bayou (Doc. 73, 80), although Keith A. Pardue has continued as Plaintiff's counsel. And, on April 20, 2025, counsel Eric B. Storm entered appearance as additional counsel for Plaintiff Adams Bayou. It is understandably expected that Plaintiff Adams Bayou's newly-appeared counsel requires reasonable time to become fully acquainted and conversant with the case.

Pursuant to court order, on April 30, 2025, Plaintiff Adams Bayou served documents and materials to counsel for Double Chine and counsel for Third-Party Defendants. At about that same time, Clayton Jackson, who was the counsel of record for Double Chine and had conducted all of the discovery, deposition, motion practice, etc. in the case on behalf of Double Chine, left the employ of Fidelity National Law Group, necessitating the appearance of Jonathan J. Cunningham on May 13, 2025, on behalf of Double Chine. (Doc. 87)

Although Mr. Cunningham has diligently attempted to become acquainted with the case and issues, there have been challenges locating and identifying case materials (deposition transcripts, discovery production, etc.) from the files maintained by previous counsel Mr. Jackson. Additionally, Mr. Cunningham is still endeavoring to digest the recent document production served by Plaintiff Adams Bayou. Further, although Mr. Cunningham is the attorney now assigned as the Lead Counsel in the case on behalf of Double Chine, Mr. Cunningham is also lead counsel

in the case of *Fidelity National Title Ins. Co. v. Parker,* Case No. 2012-CI-05517, pending as a specially set complex case assigned to the 224th District Court, Bexar County, Texas, which was initially set for jury trial to commence on June 2, 2025 for a two-week trial docket (and which counsel is awaiting final determination of being called to trial). Mr. Cunningham is lead counsel in the case of *United Hotels, LLC v. The Dream For Investment, LLC, et al.,* Case No. 21,913, in the 109th District Court, Andrews County, Texas, and has been required to attend in-person motion hearing on June 3, 2025. As well, Mr. Cunningham is scheduled to attend summary judgment hearing on June 12, 2025, in the case of *Build the Asset, LLC v. Harrington,* Case No. D-1-GN-24-002644, pending in the 53rd District Court, Travis County, Texas. And, Mr. Cunningham is currently scheduled for an in-patient medical procedure to occur on June 20, 2025. All told, although endeavoring to "get up to speed" on the current case, and digest the issues, discovery, etc., Mr. Cunningham is unable at the same time as other court commitments to also prepare the required pre-trial materials and submissions currently required by the Second Amended Scheduling Order for a July 7, 2025 trial date.

Additionally, counsel for Third-Party Defendants has himself recently experienced staff and associate attorney departures (as well as experiencing a non-life threatening medical issue which necessitated emergency room care and treatment), such that counsel for Third-Party Defendants equally joins and agrees to the request for a continuance of the current July 7, 2025 trial date.

Finally, the parties also agree that a reasonable continuance of the current trial date will allow the parties the opportunity to attempt to resolve the case through mediation, which the parties will endeavor to do so with an agreed mediator.

II.

Based upon the above, all counsel in the case have conferenced and jointly agree to the request for a 90-day continuance of the current July 7, 2025 trial date.

Concurrently, with this motion, all counsel have additionally conferenced and jointly agree to the submission of the attached Proposed Amended Scheduling Order, attached here as <u>Exhibit A</u>, for the Court's consideration, calculated based upon the October 6, 2025 Beaumont Week for bench trials (using time intervals of the current amended scheduling order).

Respectfully submitted, this 5th day of June, 2025.

    _/S/ Jonathan J. Cunningham_
Jonathan J. Cunningham
TX Bar No. 00793574
Gregory T. Brewer
TX Bar No. 00792370
FIDELITY NATIONAL LAW GROUP
Legacy Town Center II
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Phone: 972-812-6545
Fax:   972-812-9408
Jonathan.Cunningham@fnf.com
Gregory.Brewer@fnf.com

COUNSEL FOR DOUBLE CHINE, LLC

JOINTLY AGREED:

s/ *P. Alan Sanders*\*
P. Alan Sanders
TX Bar. No 17602100
MCLEOD, ALEXANDER, POWEL &
APFFEL, P.C.
P.O. Box 629
Galveston, TX 77553
(*Signed with Permission)

COUNSEL FOR THIRD-PARTY DEFENDANTS

JOINTLY AGREED:

s/ *Keith A. Pardue*\*
Warren B. Wise
TX Bar. No 15458500
LAW OFFICE OF PARDUE AND
ASSOCIATES, PLLC
2802 Flintrock Trace, Suite 260
Austin, TX 78738
(512) 266-8135
keith@keithparduelaw.com
(*Signed with Permission)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that on June 1, 2025 and June 5, 2025, counsel for all parties conferred and agreed to the relief requested in the foregoing document

*/s/ Jonathan J. Cunningham*
Jonathan J. Cunningham

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties in interest via electronic filing on June 5, 2025.

*/s/ Jonathan J. Cunningham*
Jonathan J. Cunningham