IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ADAMS BAYOU MARINE MANAGEMENT COMPANY, LLC,<br>    *Plaintiff,*<br><br>VS.<br><br>DOUBLE CHINE, LLC,<br>    *Defendant/Third-Party Plaintiff,*<br><br>VS.<br><br>MARY E. SNEED FAMILY TRUST; WAYNE PEVETO, INDIVIDUALLY AND AS TRUSTEE OF THE MARY E. SNEED FAMILY TRUST; THE ESTATE OF MARY E. SNEED, DECEASED; MARTIN M. SNEED FAMILY TRUST; NON-EXPEMPT DESCENDANTS TRUST; EXEMPT DESCENDANTS TRUST; AND CLYDE SNEED, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARY E. SNEED, DECEASED, AS TRUSTEE OF THE MARTIN M. SNEED FAMILY TRUST; THE NON-EXEMPT DESCENDANTS; AND EXEMPT DESCENDANTS TRUST,<br>    *Third-Party Defendants.* | CIVIL ACTION NO. 1:23-CV-00084<br>JUDGE MICHAEL J. TRUNCALE |

### ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint. [Dkt. 92]. Plaintiff files the present motion seeking leave to file its Second Amended Complaint. [Dkt. 91]. After considering Plaintiff's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint [Dkt. 92] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to accept Plaintiff's Second Amended Complaint [Dkt. 91] and make same a part of the record of this matter.

**SIGNED this 25th day of June, 2025.**

_____
Michael J. Truncale
United States District Judge