# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| ADAMS BAYOU MARINE § | |
| MANAGEMENT COMPANY, LLC § | |
|     Plaintiff, § | |
| § | CASE NO. 1:23-CV-00084-MJT |
| v. § | |
| § | |
| DOUBLE CHINE, LLC § | |
|     Defendant. § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE AND REQUEST FOR AMENDED SCHEDULING ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Adams Bayou Marine Management Company, LLC ("Plaintiff") and files this its Motion for Continuance and Request For Amended Scheduling Order, respectfully showing the Court as follows:

**I.**

1. This case is currently set for bench trial on December 8, 2025

2. Plaintiff's sole member and primary witness is Chester Slay, Jr. He is the primary Witness who can testify on behalf of Plaintiff. During the last year, Mr. Slay, (79 years old), has been (and still is) experiencing significant health issues with his heart that have greatly impacted both his life and his ability to prosecute this case. *See* Exhibit A, the Affidavit of Chester Slay.

3. Specifically with respect to Mr. Slay's health issues, Mr. Slay is currently scheduled for Double Ablation Surgery on Tuesday, November 11, 2025.

4. Mr. Slay's doctor, Dr. Robert Paisley with the Texas Heart Institute, has ordered him to limit physical activity and stress because he is at risk for arrhythmia. Put more directly, Mr. Slay's doctor has told him that he should experience no stress or exertion whatsoever. *See* Exhibit A.

5. Mr. Slay is currently being treated with the following prescription medications: Metoprolol Tartrate, Losartan, and Lasix in an effort to reduce excess fluid around the heart.

6. The nature of the case requires Mr. Slay's participation, as he is Plaintiff's sole manager and primary witness. His inability to participate in the case unless and until his health issues are rectified, has impacted Plaintiff's ability to prosecute this case for the last year, and will almost certainly continue to do so for many more months pending Mr. Slay's Double Ablation Surgery scheduled for Tuesday November 11, 2025.

7. Accordingly, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Continuance, continue the trial setting to a later date in 2026, and issue an amended scheduling order consistent with the new trial date so that Plaintiff has an adequate opportunity to prepare the case for trial once Mr. Slay's health issues have significantly improved.

8. This Unopposed Motion for Continuance and Request For Amended Scheduling Order are not being filed for purposes of delay but so that justice may be done, as well as that it would be in the interest of judicial economy.

## II.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Adams Bayou Marine Management Company, LLC prays that this Court grant its Unopposed Motion for Continuance and Request For Amended Scheduling Order and award it such other and further relief, both general and special, legal and equitable, to which it may show itself justly entitled to receive.

Respectfully submitted,

Law Office of Pardue and Associates, PLLC

*/s/ Keith A. Pardue*
Keith A. Pardue
State Bar No. 15458500
keith@keithparduelaw.com
2802 Flintrock Trace Suite 260
Austin, Texas 78738
Telephone: (512) 266-8135
Telecopier: (512) 371-4145
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all parties and/or counsel of record in accordance with the Federal Rules of Civil Procedure on this 6th Day of November, 2025.

*/s/Keith A. Pardue*
Keith A. Pardue

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff has complied with the meet and confer requirement in Local Rule CV-7(h).

Counsel for Plaintiff had a personal conference with counsel for Defendant Double Chine, LLC by telephone on November 5, 2025. Counsel for Plaintiff and counsel for Defendant Double Chine, LLC were able to reach an agreement with respect to relief requested in Plaintiff's Unopposed Motion for Continuance and Request For Amended Docket Control Order.

Counsel for Plaintiff had a personal conference with counsel for Third-Party Defendants by telephone on November 6, 2025. Counsel for Plaintiff and counsel for Third-Party Defendants were able to reach an agreement with respect to relief requested in Plaintiff's Unopposed Motion for Continuance and Request For Amended Docket Control Order.