IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ADAMS BAYOU MARINE MANAGEMENT COMPANY, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUBLE CHINE, LLC,<br><br>*Defendant/Third-Party Plaintiff,*<br><br>v.<br><br>MARY E. SNEED FAMILY TRUST; WAYNE PEVETO, individually and as Trustee of the Mary E. Sneed Family Trust; THE ESTATE OF MARY E. SNEED, deceased; MARTIN M. SNEED FAMILY TRUST; NON-EXEMPT DESCENDANTS TRUST; EXEMPT DESCENDANTS TRUST; CLYDE SNEED, individually and as Independent Administrator of the Estate of Mary E. Sneed, Deceased, as Trustee of the Martin M. Sneed Family Trust; THE NON-EXEMPT DESCENDANTS; and EXEMPT DESCENDANTS TRUST,<br><br>*Third-party Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:23-CV-00084<br>JUDGE MICHAEL J. TRUNCALE |

**FINAL JUDGMENT**

Following a bench trial, which began on April 6, 2026, and lasted two days, the Court entered its Findings of Fact and Conclusions of Law. [Dkt. 114]. There being no further claims or controversies existing between the parties, it is:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Adams Bayou Marine Management, LLC ("Adams Bayou"), did not acquire title to the Sneed Tract by adverse

possession. Defendant Double Chine, LLC ("Double Chine"), holds title to the Sneed Tract free and clear of any title claim by Adams Bayou.

**ORDERED, ADJUDGED, AND DECREED** that Counterclaimant Double Chine does not possess an easement by necessity over the Emerald Island Bridge.

**ORDERED, ADJUDGED, AND DECREED** that all costs of suit are taxed against the party incurring the same.

**THIS IS A FINAL JUDGMENT**. All relief not previously granted is hereby **DENIED**. The Clerk of the Court is **INSTRUCTED** to close this case.

**IT IS SO ORDERED**.

**SIGNED this 29th day of September, 2026.**

Michael J. Truncale
United States District Judge